UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EVAN PETROS,

        Plaintiff,                Case Number 14-12901
                                               Honorable David M. Lawson

v.

TWELVE & MOUND PLAZA, LLC,

        Defendants.
_____/

## ORDER DISMISSING CASE

On December 16, 2014, the parties notified the Court that they have settled the case.

Accordingly, it is **ORDERED** that the plaintiff's complaint [dkt. #1] is **DISMISSED WITH PREJUDICE** and without costs or attorney fees to either party. Any party may apply to reopen the matter to enforce the settlement **on or before January 16, 2015.**

                                                  s/David M. Lawson
                                                  DAVID M. LAWSON
                                                  United States District Judge

Dated: December 16, 2014

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on December 16, 2014.

                              s/Susan Pinkowski
                              SUSAN PINKOWSKI